## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>**RUDY GARCIA**,<br><br>       Defendant. | CRIMINAL NO. 22CR1060RB<br><br>Count 1: 21 U.S.C. § 846: Conspiracy;<br><br>Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 3: 18 U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a Firearm During and in Relation to a Drug Trafficking Crime; and Possessing and Brandishing a Firearm in Furtherance of Such Crime;<br><br>Count 4: 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)(1): Using a Firearm During and in Relation to a Drug Trafficking Crime; Discharging Said Firearm; and Causing Death Through Use of Said Firearm;<br><br>Count 5: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 25, 2022, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant **RUDY GARCIA**, unlawfully, knowingly, and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1),

specifically, distribution of a controlled substance.

### Type and Quantity of Controlled Substances Involved in the Conspiracy

With respect to **RUDY GARCIA,** the amount of fentanyl involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of fentanyl, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

In violation of 21 U.S.C. § 846.

### Count 2

On or about January 25, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **RUDY GARCIA**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 3

On or about January 25, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **RUDY GARCIA**, knowingly used, carried, and brandished a firearm, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, conspiracy to distribute a controlled substance as charged in Count 1 of this indictment, and distribution of a controlled substance as charged in Count 2 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## Count 4

On or about January 25, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **RUDY GARCIA**, knowingly used a firearm during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, conspiracy to distribute a controlled substance as charged in Count 1 of this indictment, and distribution of a controlled substance as charged in Count 2 of this indictment, said firearm was discharged, and in the course of said offense the defendant caused the death of John Doe through the use of said firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j)(1).

## Count 5

On or about January 25, 2022, in Doña Ana County, in the District of New Mexico, the defendant, **RUDY GARCIA**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)     theft of debit card, and

(2)     credit card or debit card abuse;

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g) or 924(c), the defendant, **RUDY GARCIA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a.      a Maverick Arms, model 88, 12-gauge shotgun, bearing serial number

       MV91507L; and

b.      twenty-seven rounds of 12-gauge shotgun ammunition.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

6/17/2020 11:29 AM