*Rev. August 29, 2022*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 22-1060 KG | UNITED STATES vs. GARCIA |
|---|---|

### Before The Honorable Kevin R. Sweazea, United States Magistrate Judge

| | | | |
|---|---|---|---|
| Hearing Date: | 2/21/2023 | Time In and Out: | 1:36-1:40; 2:19-2:44 P.M. (25 MIN) |
| Clerk: | B. Wilson | Digital Recording: | LC-Sierra Blanca |
| Defendant: | RUDY GARCIA | Defendant's Counsel: | ANDRE POISSANT |
| AUSA: | MATILDA VILLALOBOS | Interpreter: | N/A |

- ☐ Sworn
- ☐ Waived

- ☒ Defendant Sworn
- ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Indictment**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.
- ☒ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Indictment**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Present conditions of release continued
- ☐ Conditions changed to:
- ☐ Penalty for failure to appear explained
- ☒ Presentence Report Ordered
- ☐ Expedited (Type III)

Other Matters: