IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. CR No. 22-1060-KG

RUDY GARCIA,

Defendant.

ORDER APPOINTING SECTION 2255 COUNSEL

The Office of the Federal Public Defender for the District of New Mexico (FPD) has identified a group of individuals, including Defendant Rudy Garcia, who may be eligible for post-conviction relief under *Barrett v. United States,* 607 U.S. 128 (2026) and 28 U.S.C. § 2255. In the interest of justice, and pursuant to 18 U.S.C. § 3006A(a)(2)(B), counsel is appointed to file and prosecute a Section 2255 motion on behalf of Rudy Garcia. If FPD has a conflict, the Court will appoint a Criminal Justice Act (CJA) panel attorney.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.